UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                            :

UNITED STATES OF AMERICA,         :

       - v. -              :      **SEALED**

                            :      **INDICTMENT**

MICHAEL VAN PRAAGH,           :
ANTHONY TARANTINO, and       :
JAMES LYLE,                 :

        Defendants.         :

------------------------------------- X

14 CRIM 189

## COUNT ONE

The Grand Jury charges:

1. From at least in or about May 2013, up to and including at least in or about January 2014, in the Southern District of New York and elsewhere, MICHAEL VAN PRAAGH, ANTHONY TARANTINO, and JAMES LYLE, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MICHAEL VAN PRAAGH, ANTHONY TARANTINO, and JAMES LYLE, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

JUDGE CROTTY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14

3.    The controlled substance that MICHAEL VAN PRAAGH,
ANTHONY TARANTINO, and JAMES LYLE, the defendants, conspired to
distribute and possess with the intent to distribute was 50
grams and more of methamphetamine, its salts, isomers, and salts
of its isomers and 500 grams and more of mixtures and substances
containing a detectable amount of methamphetamine, its salts,
isomers, and salts of its isomers.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance
offense alleged in Count One of this Indictment, MICHAEL VAN
PRAAGH, ANTHONY TARANTINO, and JAMES LYLE, the defendants, the
defendants, shall forfeit to the United States, pursuant to
Title 21, United States Code § 853, any and all property
constituting or derived from any proceeds the defendants
obtained directly or indirectly as a result of the said offense
and any and all property used or intended to be used in any
manner or part to commit and to facilitate the commission of the
offense alleged in Count One of this Indictment, including but
not limited to, a sum in United States currency representing the
amount of all proceeds obtained as a result of the offense
alleged in Count One of this Indictment.

2

## Substitute Asset Provision

5.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


FOREPERSON


PREET BHARARA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### MICHAEL VAN PRAAGH,
### ANTHONY TARANATINO, and
### JAMES LYLE

Defendants.

### SEALED
### INDICTMENT

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

*Susan March*

Foreperson.

3/20/14 - Filed Sealed Indictment
G/W issued.
aa

*Judge Moses*
WMS