# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

*[Handwritten notation: Supervised release terminated as of today, May 10, 2023. So ordered. Paul A. Crotty USDJ 5/10/23]*

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

Re: **United States v. Michael Van Praagh**
    14 CR 189 (PAC)

Dear Judge Crotty:

Without objection from either probation or the Government, I write to request early termination of Mr. Van Praagh's term of supervised release. Mr. Van Praagh has served almost 3 years of his five-year term of supervision. Since his release from custody, Mr. Van Praagh has been employed full-time as a member of IATSE, the International Alliance of Theatrical Stage Employees. He has continued his post-graduate education and expects to obtain his bachelor's degree in labor studies this fall from SUNY Empire. Most importantly, he has completed drug treatment and remained sober and drug free. He has a stable residence with his father and younger brother, two blocks away from his niece and two nephews, and is in a committed long-term relationship. He has been in full compliance with all of the terms of his supervised release for the past three years.

18 U.S.C. §3583(e) gives the Court authority to terminate supervision at any time after the expiration of one year, if such action is "warranted by the conduct of the defendant released and the interests of justice." In this case, as set forth more fully below, early termination is warranted here by Mr. Praagh's conduct and the interests of justice.

**Procedural History**

In 2015, after a jury trial, the Court sentenced Mr. Van Praagh to a term of 144 months in custody, followed by five years of supervised release, recommending